*Selene RMOF II REO Acquisitions II, LLC, Petitioner, v. Ward, Respondent*, No. 92967-0. Petition for review of a decision of the Court of Appeals, No. 72504-1-I, February 29, 2016, 192 Wn. App. 1050. *Granted* September 1, 2016.

*State, Respondent, v. Henderson, Petitioner*, No. 92916-5. Petition for review of a decision of the Court of Appeals, No. 74136-5-I, February 16, 2016, 192 Wn. App. 1042. *Denied* September 1, 2016.

*King County, Respondent, v. Vinci Constr. Grands Projets et al., First Petitioners, Liberty Mut. Ins. Co. et al., Second Petitioners*, No. 92744-8. Petition for review of a decision of the Court of Appeals, No. 70432-0-I, November 9, 2015, 191 Wn. App. 142. First petitioners' petition for review *denied* and Second petitioners' petition for review *granted* on September 7, 2016.

*Noll et al., Respondents, v. Am. Biltrite, Inc., Defendant, Special Elec. Co., Petitioner*, No. 91998-4. Petition for review of a decision of the Court of Appeals, No. 71345-1-I, June 29, 2015, 188 Wn. App. 572. *Granted* September 28, 2016.

*State, Petitioner, v. Mullens, Respondent*, No. 92751-1. Petition for review of a decision of the Court of Appeals, No. 47290-2-II, November 24, 2015, 191 Wn. App. 1028. *Granted on a specific issue* and *remanded* to the Court of Appeals September 28, 2016.

*State, Petitioner, v. Tolman, Respondent*, No. 92814-2. Petition for review of a decision of the Court of Appeals, No. 46632-5-II, January 12, 2016, 192 Wn. App. 1009. *Granted on a specific issue* and *remanded with instructions* to the Court of Appeals September 28, 2016.

*In re Pers. Restraint of Lui, Petitioner*, No. 92816-9. Motion for discretionary review of a decision of the Court of Appeals, No. 72478-9-I, January 19, 2016, 192 Wn. App. 1015. *Granted* September 28, 2016.